## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DONNA SMITH** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **NO.  4:16-cv-558** |
| **v.** | § | |
| | § | |
| | § | |
| **OCWEN LOAN SERVICING, LLC** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the court on the Parties' Joint Stipulation for Final Order of Dismissal. The Court has carefully reviewed said Stipulation, the entire court file, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation is hereby approved by the Court;

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk shall CLOSE this case and DENY any pending motions as moot;

4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement.

   **SIGNED this 17th day of August, 2016.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE